IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01368-BNB

CYCLE LEE TYLER,

Applicant,

v.

WARDEN MICHAEL ARELLANO, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2008

GREGORY C. LANGHAM
                        CLERK

---

ORDER DIRECTING APPLICANT TO FILE SECOND AMENDED PLEADING

---

Applicant, Cycle Lee Tyler, is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility at Crowley, Colorado. Mr. Tyler initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 21, 2008, Mr. Tyler filed an amended habeas corpus application on the proper form and a "Motion to Amend and Add Claim."

The court must construe the amended application liberally because Mr. Tyler is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Tyler will be ordered to file a second amended application.

The court has reviewed the papers filed in this action and finds that it is not clear what specific claims for relief are being asserted. Mr. Tyler asserted thirty claims for

relief in his original application. In the amended application, Mr. Tyler asserts only three claims for relief with no supporting factual allegations and he makes no reference to any additional claims. In the motion to amend filed the same day as the amended application, Mr. Tyler refers to thirty other claims and seeks leave to amend to add a thirty-first claim.

Therefore, Mr. Tyler will be ordered to file a second amended application to clarify the specific claims for relief he is asserting in this action. Mr. Tyler must include in the second amended application all of the claims he intends to raise in this action because "an amended [pleading] supercedes the original [pleading] and renders the original [pleading] without legal effect." *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Mr. Tyler may not incorporate in his second amended application any claims or supporting allegations submitted to the court in a prior application.

In addition, Mr. Tyler must assert specific facts in support of each claim to demonstrate that his federal constitutional rights have been violated. Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Tyler go beyond notice pleading. *See Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). He must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

Finally, the "Motion to Amend and Add Claim" will be denied because Mr. Tyler may include in the second amended application he will be ordered to file all of the claims he wishes to pursue in this action. Accordingly, it is

ORDERED that Mr. Tyler file **within thirty (30) days from the date of this**

**order** a second amended application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Tyler, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Mr. Tyler fails within the time allowed to file a second amended application that complies with this order to the court's satisfaction, the action will be dismissed without further notice. It is

FURTHER ORDERED that the "Motion to Amend and Add Claim" filed on July 21, 2008, is denied.

DATED July 22, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01368-BNB

Cycle Lee Tyler
Prisoner No. 54286
Arkansas Valley Corr. Facility
PO Box 1000 - 4-A-3-4
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 7/22/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk