IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01368–CMA–KMT

CYCLE LEE TYLER,

    Petitioner,

v.

WARDEN MICHAEL ARELLANO, and
JOHN W. SOUTHERS, Attorney General of the State of Colorado,

    Respondents.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Petitioner's "Motion for Status Report" (#25, filed June 29, 2009) is DENIED. The court will address Petitioner's claims in due course.

Dated: July 6, 2009