IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01368–CMA–KMT

CYCLE LEE TYLER,

    Petitioner,

v.

WARDEN MICHAEL ARELLANO, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER

This matter is before the court *sua sponte*.

IT IS HEREBY **ORDERED** that on or before **March 1, 2010**, the Clerk of the El Paso County District Court shall provide to this court the original written record, including transcripts, of El Paso County District Court criminal case no. 96CR3030, *People v. Tyler*.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the El Paso County District Court by facsimile to **(719) 329-7046** and by regular mail to Clerk of the El Paso County District Court, P.O. Box 2980, Colorado Springs, CO 80903.

Dated this 19th day of January, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge